# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CONNIE BORGARD,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-1336-Orl-22GJK**

**7-ELEVEN, INC.,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Joint Motion to Approve Settlement (Doc. No. 33) filed on May 13, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of No Objection to Report and Recommendation (Doc. No. 35), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 8, 2011 (Doc. No. 34) is ADOPTED and CONFIRMED and made a part of this Order.

      2.      The Joint Motion to Approve Settlement (Doc. No. 33) is GRANTED to the extent the Court finds the parties' settlement is fair and reasonable.

      3.      This case is DISMISSED WITH PREJUDICE.

      4.      The clerk is directed to CLOSE the case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 10, 2011.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record